AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas Houston

| | |
|---|---|
| Kerry Brown and Krushial K. Productions<br><br>*Plaintiff(s)*<br>v.<br>Roc Nation, Lenny Santiago, Sony Music Entertainment Digital, LLC and Blac Noize Recordings LLC<br><br>*Defendant(s)* | Civil Action No. H-23-cv-1508 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blac Noize Recordings, LLC by and through it's
R.A. Charles Greenberg
2110 Colorado Ave., #309
Santa Monica, California 90404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Vethan Law Firm PLLC
820 Gessner Rd., Suite 1510
Houston, Texas 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: April 25, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. H-23-cv-1508

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas Houston

| | |
|---|---|
| Kerry Brown and Krushial K. Productions <br><br> *Plaintiff(s)* <br> v. <br> Roc Nation, Lenny Santiago, Sony Music Entertainment Digital, LLC and Blac Noize Recordings LLC <br><br> *Defendant(s)* | Civil Action No.  H-23-cv-1508 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Blac Noize Recordings, LLC by and through it's
R.A.  Charles Greenberg
11920 Astoria Blvd., Ste. 370
Houston, Texas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Vethan Law Firm PLLC
820 Gessner Rd., Suite 1510
Houston, Texas 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: April 25, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. H-23-cv-1508

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas Houston

| | |
|---|---|
| Kerry Brown and Krushial K. Productions<br><br>*Plaintiff(s)*<br>v.<br>Roc Nation, Lenny Santiago, Sony Music Entertainment Digital, LLC and Blac Noize Recordings LLC<br><br>*Defendant(s)* | Civil Action No. H-23-cv-1508 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lenny Santiago
953 North Sycamore Ave.
Los Angeles, California 90038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Vethan Law Firm PLLC
820 Gessner Rd., Suite 1510
Houston, Texas 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: April 25, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. H-23-cv-1508

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case 4:23-cv-01508   Document 5   Filed on 04/25/23 in TXSD   Page 7 of 12

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas Houston

| | |
|---|---|
| Kerry Brown and Krushial K. Productions <br><br> *Plaintiff(s)* <br> v. <br> Roc Nation, Lenny Santiago, Sony Music Entertainment Digital, LLC and Blac Noize Recordings LLC <br><br> *Defendant(s)* | Civil Action No. H-23-cv-1508 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Roc Nation by and through it's R.A. Lenny Santiago
540 West 26th Street
New York, New York 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Vethan Law Firm PLLC
820 Gessner Rd., Suite 1510
Houston, Texas 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: April 25, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. H-23-cv-1508

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas Houston

| | |
|---|---|
| Kerry Brown and Krushial K. Productions </br></br>*Plaintiff(s)*</br>v.</br>Roc Nation, Lenny Santiago, Sony Music Entertainment Digital, LLC and Blac Noize Recordings LLC</br></br>*Defendant(s)* | Civil Action No. H-23-cv-1508 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sony Music Entertainment Digital LLC, by and through it's R.A.
Corporation Service Company D/B/A CSC-Lawyers, Inc.
25 Madison Avenue
NewYork, NewYork 10010-8601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Vethan Law Firm PLLC
820 Gessner Rd., Suite 1510
Houston, Texas 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Nathan Ochsner, Clerk of Court*

Date: April 25, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. H-23-cv-1508

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas Houston ▼

| | |
|---|---|
| Kerry Brown and Krushial K. Productions )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>Roc Nation, Lenny Santiago, Sony Music )<br>Entertainment Digital, LLC and Blac Noize )<br>Recordings LLC )<br>)<br>*Defendant(s)* ) | Civil Action No. H-23-cv-1508 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sony Music Entertainment Digital LLC, by and through it's R.A.
Corporation Service Company D/B/A CSC-Lawyers, Inc.
211 E. 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Vethan Law Firm PLLC
820 Gessner Rd., Suite 1510
Houston, Texas 77024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: April 25, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

<a>
</a>

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. H-23-cv-1508

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: